# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) Case No. 12-cv-9087 |
| | ) |
| v. | ) Judge John W. Darrah |
| | ) |
| CLICKBOOTH.COM, LLC, a Florida limited liability company, also d/b/a Clickbooth, *et al.*, | ) Magistrate Judge Jeffrey Cole |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF MOTION

To:    Patrick N. Downes
       Michael L. Mallow
       Loeb & Loeb LLP
       10100 Santa Monica Boulevard
       Los Angeles, California 90067
       pdownes@loeb.com
       *Attorneys for Defendants Clickbooth.com, LLC, IntegraClick, LLC, and John Daniel Lemp*

       **PLEASE TAKE NOTICE** that on Wednesday, November 28, 2012, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John W. Darrah of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, Room 1203, or in whatever courtroom he is then occupying, and shall then and there present this **Joint Motion for Entry of Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief**, a true and correct copy of which is attached and served upon you.

       Respectfully submitted,

Dated: November 14, 2012       s/ Matthew H. Wernz
                      Matthew H. Wernz
                      55 West Monroe Street, Suite 1825
                      Chicago, Illinois 60603
                      (312) 960-5596 [telephone]
                      (312) 960-5600 [facsimile]
                      mwernz@ftc.gov [email]
                      Attorney for Plaintiff
                      Federal Trade Commission