

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 9087 | **DATE** | 11/28/2012 |
| **CASE TITLE** | Federal Trade Commission v. Clickbooth.com, LLC et al | | |

**DOCKET ENTRY TEXT**

Ruling on motion hearing held. Plaintiff's joint motion for Entry of Stipulated Final Judgment and Order for Permanent Injunction and MOTION for Other Equitable Relief is granted [4]. Enter order.

■ [ For further detail see separate order(s).]                    Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MF |
|---|---|---|